**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **GREGORY MANNING** | |
| **731 Island Creek Road** | * |
| **Church Hill, MD 21623** | |
| | * |
| **PLAINTIFF,** | |
| v. | * |
| | * |
| **UNITED STATES OF AMERICA** | |
| Serve on: | * |
| **Thomas J. Marshall, General Counsel** | |
| **United States Postal Service** | * |
| **475 L'Enfant Plaza, SW** | |
| **Washington, D.C. 20260-1100** | * |
| | |
| **Pam Bondi** | * |
| **Attorney General of the United States** | |
| **U.S. Department of Justice** | * |
| **950 Pennsylvania Ave., NW** | |
| **Washington, DC 20530-0001** | * |
| | |
| **Phil Selden** | * |
| **U.S. Attorney for the District of Maryland** | |
| **36 S. Charles St., 4th Floor** | * |
| **Baltimore, MD 21201** | |
| | * |
| **&** | |
| | * |
| **LORI BENNEY** | |
| **510 Will Smith Road** | * |
| **Henderson, MD 21640** | |
| | * |
| **DEFENDANTS.** | |
| | * |

* * * * * * * * * * * * *

## COMPLAINT AND REQUEST FOR JURY TRIAL

COMES NOW, Gregory Manning, (hereinafter "Plaintiff"), by and through his attorneys

Eric S. Lickstein, Esq., and Rice Law sue the Defendant, the United States of America (hereinafter

"Defendant USA") and Defendant Lori Benney pursuant to 28 U.S.C. § 1346, *et seq.* and states as follows:

## INTRODUCTION

1. This is a civil case brought pursuant to the Federal Tort Claims Act seeking monetary damages against Defendant USA and Defendant Lori Benny for committing acts or omissions of negligence against the Plaintiff.

2. On September 30th, 2022, Defendant Lori Benney was operating a motor vehicle as an agent, servant, and/or employee of the United States Postal Service, an agency of the government of the United States of America, Defendant, an independent establishment of the executive branch of Defendant, and caused a collision with Plaintiff's vehicle in Queen Anne's County, Maryland, and the aforesaid vehicle was at all times relevant hereto operated by an employee, agent or servant of the United States Postal Service,

## JURISDICTION

3. This is a civil case brought pursuant to the Federal Tort Claims Act seeking monetary damages against Defendant for committing acts or omissions of negligence against the Plaintiff.

4. This Court has jurisdiction under 28 U.S.C. § 1346, et seq.

## PARTIES

5. Plaintiff, Gregory Manning, (hereinafter also referred to as "Manning") is a resident of Queen Anne's County, Maryland.

6. The Postal Service is an agency of the government of the United States of America, Defendant, an independent establishment of the executive branch of Defendant.

7. Defendant Lori Benney is an individual who resides at 510 Will Smith Road, Henderson, Maryland, and at all times relevant hereto was individually and/or within the scope of and in furtherance of their employment with Defendant USA.

## COUNT I – NEGLIGENCE
(Defendant Lori Benney)

8. The Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 7 as if fully set forth herein.

9. On or about September 30th, 2022, Plaintiff was operating his motor vehicle on Route 213, a.k.a Church Hill Road, at or near its intersection with Clabber Hill Road in Queen Anne's County, Maryland.

10. On the same date, time and place Defendant Benney acting individually and/or acting as an authorized agent of the Defendant USA within the scope of and in furtherance of their employment with the United States Postal Service, was operating a vehicle at or near the intersection of Route 213 and Clabber Hill Road, in a stopped position, when suddenly and without notice, the vehicle operated by Defendant Benney, failing to yield the right of way to Plaintiff's vehicle attempted to negligently enter the roadway without the right of way to do so, violently striking Plaintiff's motor vehicle in a forceful and violent collision. Defendants' vehicle was negligently carrying packages that obstructed their view of the road and said vehicle had the steering wheel on the right side of the vehicle further impeding Defendant Benney's view of the road.

11. Defendant Benney was negligent and careless in that they:

   (a) failed to maintain proper control of their motor vehicle;

   (b) failed to observe the Plaintiff's motor vehicle;

   (c) failed to keep a proper lookout;

(d) failed to avoid a collision;

(e) failed to observe the presence and proximity of the Plaintiff's motor vehicle;

(f) failed to comply with Maryland State Traffic Laws;

(g) failed to yield the right of way;

(h) negligently operated their vehicle with an obstructed view with a motor vehicle that had a steering wheel on the right side of the vehicle;

(i) and was in other respects negligent and careless.

12. That Defendant Benney had a duty of care to operate their motor vehicle in a prudent manner as to avoid collisions as set forth herein and they breached their duty of care by, *inter alia,* failing to operate their vehicle in a safe and proper manner therein causing the complained of collision as set forth herein.

13. The negligence of Defendant Benney proximately and directly caused the Plaintiff to suffer injuries on or about his head, body and limbs, to suffer mental and physical pain and suffering, and to sustain medical and other expenses, loss of wages, and property damage including permanent injury and disability.

14. The injuries and damage complained of occurred solely through the negligence on the part of the Defendant Benney, without any negligence on the part of the Plaintiff.

WHEREFORE, the Plaintiff brings this suit and claims a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) damages and costs against Defendants Lori Benney and United States of America, jointly and severally.

## **COUNT II – RESPONDEAT SUPERIOR**
(Defendant United States of America)

15. The Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 14 as if fully set forth herein.

16. At all times during the events set forth in this Complaint Defendant Benney was employed by or was an agent of the Defendant United States of America, and was performing their duties as a mail carrier on behalf of the United States Postal Service, their employer or principal.

17. At the times during these events set forth in this Complaint Defendant Lori Benney was acting within the scope of Defendant Benney's employment or agency for Defendant United States of America, in that they were on duty as a mail carrier for the Postal Service and acted in furtherance of the interest of the Defendant United States of America.

18. As the employer or principal of the Defendant Lori Benney, the Defendant is responsible for all of the acts and omissions committed by the Defendant Lori Beneny within the scope of their employment or agency.

WHEREFORE, the Plaintiff brings this suit and claims a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) damages and costs against the Defendants United States of America and Lori Benney, jointly and severally.

Respectfully submitted,

/s/ *Eric S. Lickstein*

_____
ERIC S. LICKSTEIN (No. 30107)
Rice Law
1301 York Road, Suite 200
Lutherville, Maryland 21093
410-583-6969
410-583-4706 [Facsimile]
eric@RiceLawMd.com
*Attorneys for Plaintiff*